UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLIFTON MARSHALL RIDGEWAY,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. 2:24-cv-0619-LCB-NAD |
| **RON ADKINS, et al.,** | ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on June 25, 2025, recommending the court dismiss this case pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted.  (Doc. 14).  The Magistrate Judge notified Ridgeway his right to file specific, written objections within fourteen days (*id*., at 24-25), but that time expired without any objections having been received by the court.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court finds that this action is due to be **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this July 18, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE